# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>JOSE J. ENRIQUEZ<br><br>        Debtor | Case No. 18-32093<br>Chapter 13<br>Judge Pamela S. Hollis |

## NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 22nd day of January 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, RIVERBROOK ESTATES ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED NOVEMBER 14, 2018, a copy of which is attached hereto and served upon you herewith.

                                                        Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 22nd day of January, 2019.

                                                        Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 22nd day of January, 2019.

_____
Notary Public

OFFICIAL SEAL
LISA A CARBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/22

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Jose J Enriquez
1304 Idabright Drive
Plainfield, Illinois 60586

Kristin T. Schindler
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)